| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>PARKER McCAY P.A.<br>OREN KLEIN/OK8449<br>7001 Lincoln Drive / P.O. Box 974<br>Marlton, New Jersey 08053<br>(856) 596-8900<br>Attorney for Morequity, Inc. |
| In Re:<br>MARILYN E. YURO<br>xxx-xx-1592 |



FILED
JAMES J. WALDRON, CLERK
OCT 1 6 2008
U.S. BANKRUPTCY COURT
NEWARK, N.J.

Case No. 08-26570-RG

Hearing Date: October 14, 2008

Judge: Gambardella

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

10-16-08    USBJ    [signature]

**(Page 2)**
Debtor: Marilyn E. Yuro
Case No: 08-26570-RG
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of Morequity, Inc., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant, it's successors and/or assigns to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

**22 Prospect Avenue, Dumont, New Jersey 07628 also known as Lot 30, Block 1109, on the official tax map of the Borough of Dumont, New Jersey.**

It is further ORDERED that the movant it's successors and/or assigns may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor(s), debtor(s)' attorney, any trustee and any other party who entered an appearance on the motion.